IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DR. JEFFREY P. HILOWITZ,       )
                               )
    Plaintiff,                 )
                               )
v.                             )   CASE NO. CV419-262
                               )
RYAN D. MCCARTHY,              )
                               )
    Defendant.                 )
_____)

O R D E R

Before the Court is the parties' Motion for Consent Dismissal. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 21) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Additionally, Defendant's Motion for Leave of Absence (Doc. 16) is **DISMISSED AS MOOT**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA